```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 23261
   TONYA JACKSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3652


---------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 09/02/2008 and was not confirmed.

     The case was dismissed without confirmation 09/29/2008.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
---------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG        .00          .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE   15000.00          .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00          .00            .00
CITY OF CHICAGO DEPT OF   SECURED NOT I  NOT FILED          .00            .00
CODILIS & ASSOCIATES      MORTGAGE NOTI  NOT FILED          .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC   16292.00          .00            .00
WELLS FARGO AUTO FINANCE  UNSECURED      NOT FILED          .00            .00
ARROW FINANCIAL SERVICES  UNSECURED      NOT FILED          .00            .00
FILENOW.COM               UNSECURED        5545.41          .00            .00
HFC USA/BENEFICIAL        UNSECURED      NOT FILED          .00            .00
HSBC NV/GM CARD           UNSECURED      NOT FILED          .00            .00
HUNTER WARFIELD           UNSECURED      NOT FILED          .00            .00
NICOR GAS                 UNSECURED      NOT FILED          .00            .00
TELECOM                   UNSECURED      NOT FILED          .00            .00
THE ALBERT LAW FIRM       NOTICE ONLY    NOT FILED          .00            .00
WELLS FARGO               UNSECURED      NOT FILED          .00            .00
STEVEN O HAMILL           DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------      --------------
TOTALS                         .00                    .00


             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 23261 TONYA JACKSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE